UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK

JUL 22 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**KENSLEY LANCE LOGAN**
a/k/a KENLESY LANCE LOGAN
a/k/a LANCE LOGAN

INDICTMENT

NO. 3:20-CR-72-DJH
18 U.S.C. § 922(g) (1)
18 U.S.C. § 924(a) (2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about February 3, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, did knowingly possess, in and affecting commerce, a firearm, that is, a Smith and Wesson, model 686-4, .357 magnum caliber revolver, serial number BRK0605, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

On or about October 8, 2010, in Nelson Circuit Court, Nelson County, Kentucky, Case Number 10-CR-93, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, was convicted of the offense of flagrant nonsupport; and,

On or about July 8, 2005, in Nelson Circuit Court, Nelson County, Kentucky, Case Number 04-CR-386, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, was convicted of the offense of possession of a controlled substance.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Case 3:20-cr-00072-DJH Document 1 Filed 07/22/20 Page 2 of 6 PageID #: 2

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about November 14, 2019, in the Western District of Kentucky, Nelson County, Kentucky, the defendant, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, did knowingly possess, in and affecting commerce, a firearm, that is, a Smith and Wesson, Bodyguard, .380 caliber pistol, serial number EAY6364, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about October 8, 2010, in Nelson Circuit Court, Nelson County, Kentucky, Case Number 10-CR-93, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, was convicted of the offense of flagrant nonsupport; and,

> On or about July 8, 2005, in Nelson Circuit Court, Nelson County, Kentucky, Case Number 04-CR-386, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, was convicted of the offense of possession of a controlled substance.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as charged in Counts 1 and 2 of this Indictment, the defendant, **KENSLEY LANCE LOGAN,** a/k/a KENLESY LANCE LOGAN, a/k/a LANCE LOGAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to: a Smith & Wesson, Bodyguard, .380 caliber pistol, serial

-2-

number EAY6364, a Smith & Wesson, model 686-4, .357 caliber revolver, serial number BRK0605, and ammunition.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:twd:ls:07/22/20

UNITED STATES OF AMERICA v. **KENSLEY LANCE LOGAN**
a/k/a KENLESY LANCE LOGAN
a/k/a LANCE LOGAN

## PENALTIES

Counts 1 and 2:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:	Clerk, U.S. District Court
	106 Gene Snyder U.S. Courthouse
	601 West Broadway
	Louisville, KY 40202
	502/625-3500

BOWLING GREEN:	Clerk, U.S. District Court
	120 Federal Building
	241 East Main Street
	Bowling Green, KY 42101
	270/393-2500

OWENSBORO:	Clerk, U.S. District Court
	126 Federal Building
	423 Frederica
	Owensboro, KY 42301
	270/689-4400

PADUCAH:	Clerk, U.S. District Court
	127 Federal Building
	501 Broadway
	Paducah, KY 42001
	270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

**KENSLEY LANCE LOGAN**
**a/k/a KENLESY LANCE LOGAN**
**a/k/a LANCE LOGAN**

### INDICTMENT

**COUNTS 1 and 2**
Possession of a Firearm by a Prohibited Person
18 U.S.C. §§922(g)(1) and 924(a)(2)

**Forfeiture**

FILED
VANESSA L. ARMSTRONG, CLERK

JUL 2 2 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*A true bill.*

_____
Foreperson

*Filed in open court this 22nd day of July, 2020.*

_____
Clerk

*Bail, $*