

## Case Assignment
## Standard Criminal Assignment

Case number **3:20CR-72-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 7/22/2020 12:29:23 PM
Transaction ID: 39289

Request New Judge    Return