UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                                                                    3:20-CR-72-DJH

**KENSLEY LANCE LOGAN**                                                DEFENDANT
a/k/a KENLESY LANCE LOGAN
a/k/a LANCE LOGAN

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Thomas W. Dyke hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

/s/ Thomas W. Dyke
Thomas W. Dyke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7042
FAX:   (502) 5825912

FILED
VANESSA L. ARMSTRONG, CLERK

JUL 22 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY