UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                             CRIMINAL ACTION NO. 3:20-CR-72-DJH

**KENSLEY LANCE LOGAN**                                                                 DEFENDANT
A/k/a KENLESY LANCE LOGAN
A/k/a LANCE LOGAN

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Thomas W. Dyke, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this July 22, 2020, charging the above-named defendant with a violation of Title 18, United States Code, Section 922(g)(1), be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Thomas W. Dyke
Assistant U.S. Attorney

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY