UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                          CRIMINAL ACTION NO. 3:20-CR-72-DJH

**KENSLEY LANCE LOGAN**                                          DEFENDANT
A/k/a KENLESY LANCE LOGAN
A/k/a LANCE LOGAN

### ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violation of Title 18, United States Code, Section 922(g)(1), is hereby **ORDERED** to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 22nd day of July, 2020.

_____
United States Magistrate Judge

ENTERED
VANESSA L. ARMSTRONG, CLERK

JUL 22 2020

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY