AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:20CR-72-DJH |
| KENSLEY LOGAN ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KENSLEY LOGAN                                                                                   .

Date:  08/06/2020

s/ Aaron M. Dyke
*Attorney's signature*

Aaron M. Dyke
*Printed name and bar number*

629 S. Fourth Avenue
200 Theatre Building
Louisville, KY  40202

*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*