UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:20-cr-72-DJH

KENSLEY LANCE LOGAN, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

The Court held a telephonic status conference in this matter on August 26, 2020, with the following counsel participating:

    For the United States:    Tom Dyke

    For Defendant:    Aaron Dyke

The Court and counsel discussed the procedural posture of the case. The parties stated that the government had recently turned over discovery to the defense. The dates and deadlines set in the order following arraignment remain in place. (*See* Docket No. 39)

Court Time: 00/05
Court Reporter: Dena Legg