UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:20-cr-72-DJH |
| KENSLEY LANCE LOGAN, | Defendant. |

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on October 6, 2020, with the following counsel participating:

    For the United States:    Thomas W. Dyke

    For Defendant:    Aaron M. Dyke

Defendant Kensley Lance Logan was present on the call.  The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    By agreement of the parties, this matter is **SET** for a telephonic status conference on **October 21, 2020, at 10:30 a.m.**  The Court anticipates setting a trial date at that time.  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187. Counsel are **DIRECTED** to confer in advance of the conference regarding the trial schedule.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 6, 2020, to October 21, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The

Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/20
Court Reporter: Dena Legg