FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 FEB 26 PM 12: 12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                              Criminal Action No. 3:20-cr-72-DJH

KENSLEY LANCE LOGAN,                                       Defendant.

\*   \*   \*   \*   \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived

the right to appeal the sentence I just received from the Court.

February 25, 2021
Date

Defendant's Signature